UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA        )
                                )
            v.                  )  Cr. No. 09-10080-MLW
                                )
TRAVIS KINGSBERRY,              )
       Defendant.               )


                       MEMORANDUM AND ORDER

WOLF, D.J.                                        January 26, 2010


     On January 20, 2010, defendant Travis Kingsberry sent a letter to the court requesting that the court order the United States Marshal transfer him from Essex County Correctional Facility ("ECCF"), based on allegations that he is not safe at ECCF. However, Kingsberry is represented by counsel and the court has not given Kingsberry leave to make pro se filings.

     Pro se filings by Kingsberry are inappropriate and will not be considered by this court while he is represented by counsel. See United States v. Tracy, 989 F.2d 1279, 1285 (1st Cir. 1993) ("A district court enjoys wide latitude in managing its docket and can require represented parties to present motions through counsel"); see also United States v. D'Amario, 328 Fed App'x 763, 764 (3d Cir. 2009) ("[A] District Court has the authority to issue limitations on pro se filings submitted while the party is represented by counsel").

Accordingly, the court is not deciding Kingsberry's request for a transfer. Rather, his counsel shall consult Kingsberry, discuss his concerns with the Marshal and, if necessary, file a motion on Kingsberry's behalf.

                                           /s/Mark L. Wolf
                                          UNITED STATES DISTRICT JUDGE